1  Jay T. Jambeck (SBN 226018)
   jjambeck@leighlawgroup.com
2  Mandy G. Leigh (SBN 225748)
   mleigh@leighlawgroup.com
3  **LEIGH LAW GROUP, P.C.**
   870 Market Street, Suite 1157
4  San Francisco, CA 94102
   Telephone:    415-399-9155
5  Facsimile:    415-795-3733

6  *Attorneys for Plaintiff*
   L.H.
7

8  LOUIS A. LEONE (SBN: 099874)
   KATHERINE A. ALBERTS (SBN: 212825)
9  **LEONE & ALBERTS**
   A Professional Corporation
10 2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
11 Telephone:    (925) 974-8600
12 Facsimile:    (925) 974-8601
   E-mail:  lleone@leonealberts.com
13          kalberts@leonealberts.com

14 *Attorneys for Defendant*
   MILL VALLEY SCHOOL DISTRICT
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | L.H. by and through his parents Mike and Kelly Huff; | ) | CASE NO. 3:15-cv-05751-HSG |
   |---|---|---|
20 |              Plaintiff,                              | ) ) ) | **JOINT CONSENT TO REFERENCE OF CASE TO MAGISTRATE JUDGE LAUREL BEELER; [PROPOSED] ORDER** |
21 |                                                      | ) ) |  |
22 |   v.                                                 | ) |  |
23 | MILL VALLEY UNIFIED SCHOOL DISTRICT,                 | ) ) |  |
24 |              Defendant.                              | ) ) |  |
25 |                                                      | ) |  |
26 |                                                      | ) |  |

27

28

1    Plaintiff L.H., by and through his parents, Mike Huff and Kelly Huff and Defendant MILL VALLEY SCHOOL DISTRICT hereby consent, by and through their counsel of record, to the reference of the entire above captioned matter to Magistrate Judge Laurel Beeler for all purposes, including deciding the Plaintiffs' Motion for Approval of the Settlement of the minor Plaintiff, L.H. and entering a judgment of dismissal with prejudice upon the parties' request pursuant to the terms of their Settlement Agreement.

LEIGH LAW GROUP, P.C.

Dated:  January 6, 2017   */s/* Mandy Leigh
Mandy Leigh
Counsel for Plaintiff
L.H.

LEONE & ALBERTS,

Dated: January 6, 2017   /s/ Katherine A. Alberts
Katherine A. Alberts
Counsel for Defendant
MILL VALLEY SCHOOL DISTRICT

I, Katherine A. Alberts, am the ECF User whose ID and password are being used to file this JOINT CONSENT TO REFERENCE OF CASE TO MAGISTRATE JUDGE LAUREL BEELER  In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Mandy Leigh has concurred in this filing and I have on file her holographic signature on this document.

/s/ Katherine A. Alberts

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Consent, Case No. 3:15-cv-05751-HSG entitled *L.H., by and through his parents Mike and Kelly Huff v. Mill Valley School District*, is hereby referred to Magistrate Judge Laurel Beeler for all purposes, including deciding the Plaintiffs' Motion for Approval of the Settlement of the Minor Plaintiff, L.H. and entering a judgment of dismissal with prejudice upon the parties' request pursuant to the terms of their Settlement Agreement. IT IS SO ORDERED.

Dated: 1/9/2017

HON. HAYWOOD S. GILLIAM, JR.
Judge of the United States District Court
Northern District of California